IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| TITAN CLOUD SOFTWARE, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CLAY MOORE, ) <br> ) <br> Defendant. ) <br> ) <br> PROTEAN VENTURES, LLC, ) <br> ) <br> Intervenor. ) | Civil No. 3:24-cv-00400 <br> Judge Trauger |

**O R D E R**

It is hereby ORDERED that, by Tuesday, January 7, 2025, the parties shall file a joint notice with the court that informs the court of the day on which a mediation has been scheduled and the name of the mediator. Intervenor Protean Ventures, LLC shall participate in the mediation.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge