IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| TITAN CLOUD SOFTWARE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:24-cv-00400 |
| | ) | Judge Trauger |
| CLAY MOORE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| PROTEAN VENTURES, LLC, | ) | |
| | ) | |
| Intervenor. | ) | |

**O R D E R**

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within thirty (30) days of the entry of this Order.

The jury trial scheduled for February 17, 2026 and the pretrial conference scheduled for February 13, 2026 are **CANCELLED**.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge